In the Matter of the Application of ADELE S. COOTES, Respondent, for a Construction of the Will of HENRY WEIL, Deceased.

CENTRAL HANOVER BANK AND TRUST COMPANY, as Administrator de Bonis Non of the Estate of CARLIE A. S. DIDRICHSEN, Deceased, et al., Appellants; KATHRYN B. McCULLOCH et al., Respondents.

(Argued April 30, 1936; decided May 19, 1936.)

*Clarence J. Shearn* and *Powell Crichton* for Central Hanover Bank and Trust Company, as administrator *de bonis non* of the estate of Carlie A. S. Didrichsen, deceased, appellant.

*William E. Sims* and *George Gray Zabriskie* for Seamen's Church Institute of New York, appellant.

*Conrad Saxe Keyes* for Henry W. Butler, respondent.

610

*John P. Farnham* for Kathryn B. McCulloch, respondent.

*Archibald R. Watson* and *Ralph O. Willguss* for Adele S. Cootes, respondent.

Order affirmed, with costs to respondents payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.